UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 23-11431 |
| | § | |
| GINA LYNN FREEMAN, | § | CHAPTER 13 |
| | § | |
| DEBTOR. | § | SECTION A |
| | § | |

**ORDER**

Pending before the Court is the *Order to Appear and Show Cause,* [ECF Doc. 32], directing Michele C. Stross, Counsel for Debtor, and Gina Lynn Freeman, Debtor, to appear and show cause as to why this case should not be dismissed for failure, to file a certificate of completion of a financial management course pursuant to FBR 1007(b)(7) and 11 U.S.C. §727(a)(11), which is scheduled for hearing on January 24, 2024.

Debtor having filed the *Certificate of Debtor Education,* [ECF Doc. 33], on January 5, 2024

**IT IS ORDERED** that the Court's *Order to Appear and Show Cause* is hereby **SATISIFIED**, and the hearing scheduled for January 24, 2024 is **CANCELLED**.

**IT IS FURTHER ORDERED** that counsel for Debtor shall serve this Order on the required parties who will not receive notice through the ECF system pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three days.

New Orleans, Louisiana, January 22, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE